Jacqueline M. James, Esq. (BBO #706668)
**The James Law Firm, PLLC**
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 96.230.75.164,<br><br>　　　　Defendant. | Civil Action No. 1:24-cv-12443-MJJ |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND
### <u>VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 96.230.75.164 ("Defendant"), through Defendant's counsel, Steven Vondran, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

　　　　Dated: October 31, 2024　　　　　　Respectfully submitted,

2

                By:    /s/ *Jacqueline M. James*
                         Jacqueline M. James, Esq. (BBO #706668)
                         The James Law Firm, PLLC
                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

                         By: */s/ Jacqueline M. James*